IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH W. PHILLIPS,

        Plaintiff,        Civil No. 05-105-CO

        v.        ORDER

BERNIE GUISTO, et al.,

        Defendants.

COONEY, Magistrate Judge.

    Defendants' Motion to Extend Dispositive Motion Deadline (#77) and plaintiff's Motion for Extension of Case Management Deadlines (#80 are allowed to the extent that dispositive motions are due 90 days from the date of this order.

    Plaintiff's Motion to File Fourth Amended Complaint (#84) is allowed. The operative pleading before the court is plaintiff's Fourth Amended Complaint (#87).

    Plaintiff's unopposed Motion to Dismiss Defendants Guisto

1 - ORDER

(and) Multnomah County with prejudice (#83) is allowed.

    IT IS SO ORDERED

    DATED this __31st__ day of July, 2006.

                                 _____s/_____
                                     John P. Cooney
                            United States Magistrate Judge