UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Kenneth W. Phillips,

          Plaintiff,

v.

Multnomah County Inverness Jail, et al.,

          Defendants.

1:05-cv-00105-CL

ORDER

**CLARKE, Judge.**

This matter comes before the Court regarding a filing fee overpayment of $100.00 received and receipted by the Clerk's Office in this case. The Clerk's Office has reviewed its file regarding defendant and the filing fee owed by him. Defendant's filing fee in this case has been paid in full.

IT IS HEREBY ORDERED THAT the Clerk's Office shall refund the amount paid ($100.00) in error by the State of Oregon. The refund shall be paid to the State of Oregon, Department of Corrections Central Trust, PO Box 14400, Salem, OR, 97309-5077.

IT IS SO ORDERED.

DATED this 24 day of April, 2012

MARK D. CLARKE
United States Magistrate Judge

1- ORDER